UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HUMBERTO DERAS,

                Petitioner,

          -v.-

JUDITH ALMODOVAR; TODD BLANCHE;
MARKWAYNE MULLIN; and TODD M.
LYONS,

               Respondents.

26 Civ. 3936 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 12, 2026, Petitioner filed a petition for a writ of habeas corpus

under 28 U.S.C. § 2241.  The Court, having examined the petition in this

action, hereby ORDERS that:

(i)     On or before **May 13, 2026**, the Government shall file a letter with

       the following information:

       a. Petitioner's A-number and current place of detention;

       b. The statutory provision(s) under which Respondents assert the

          authority to detain Petitioner;

       c. A copy of any final order of removal;

       d. Any information regarding the procedural posture of any pending

          Department of Homeland Security or Executive Office for

          Immigration Review proceedings; and

       e. An indication of whether this case is distinguishable from previous

          cases decided by this Court.  *See, e.g.*, *Ortiz-Lopez* v. *Francis*, No.

25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii)    On or before **May 15, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)   Petitioner shall have the opportunity to reply on or before **May 22, 2026**.

(iv)    To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.  *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(v)     Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH)

2

(S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vi)    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address:

jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:  May 12, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge